MCC:WAB:caz

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 09-171 |
| | ) (Judge Conner) |
| v. | ) |
| | ) |
| JESSE KRIMES | ) |

**INDICTMENT**

FILED
HARRISBURG PA
MAY 27 2009
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**THE GRAND JURY CHARGES THAT:**

### COUNT I

From on or about January, 2006, up to and including February 6, 2009, in York and Lancaster Counties, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendant,

**JESSE KRIMES,**

did intentionally and knowingly unlawfully manufacture, distribute and possess with the intent to manufacture and distribute a mixture and substance containing at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and did aid, abet, counsel, command, induce and procure same.

All in violation of Title 21, United States Code, Section 841(a)(1); Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT II

The grand jury hereby incorporates Count I of this Indictment as some but not all of the overt acts committed in furtherance of the conspiracy charged in this Count of the Indictment.

From on or about January, 2006 up to and including February 6, 2009, in York and Lancaster Counties, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendant,

**JESSE KRIMES,**

did intentionally and knowingly unlawfully combine, conspire, confederate and agree with persons both known and unknown to the grand jury, to manufacture, distribute and possess with the intent to manufacture and distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

*Christian A. Fisanick/WAB*
CHRISTIAN A. FISANICK
ASSISTANT UNITED STATES ATTORNEY
CHIEF CRIMINAL DIVISION